JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL GREEN CONSTRUCTION, INC., a California corporation also known as and doing business as GLOBAL GREEN DEMOLITION; GLOBAL GREEN BUILDERS INC., a California corporation also known as and doing business as GLOBAL GREEN CONCRETE; TIMOTHY JAMES VITTA, an individual; etc., et al.,<br><br>Defendants. | CASE NO.:<br><br>CV12-10605 PA(RZx)<br><br>ORDER RE DISMISSAL AS TO ENTIRE ACTION WITHOUT PREJUDICE |

Pursuant to the Stipulation re Dismissal as to the Entire Action by and between the parties, and good cause appearing, therefor:

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice with each party to bear its own costs and attorneys fees.

DATED: September 4, 2013

_____
PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

256621.1